UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          -v-

JAMES DAVID WILLIAMS,
STEVEN BROWN, and
GERALD SEPPALA,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:

GOVERNMENT'S FORFEITURE
BILL OF PARTICULARS

S3 16 Cr. 436 (KMW)

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the

Government respectfully gives notice that the property subject to forfeiture as a result of the

offenses described in Counts One through Three of the aforementioned Indictment as alleged in

the Forfeiture Allegations, includes the following:

    i)      All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements known as 2002 4th Street, Unit 103, Santa Monica, CA 90405, which is more particularly described as Assessor Parcel Number: 4289-013-051, Lot 1, Tract No: 51146 Abbreviated Description: LOT:1 CITY:REGION/CLUSTER: 07/07398 SUBD:BAY WEST CONDOMINIUMS TR#:51146 TR=51146 LOT 1 CONDO UNIT 103 City/Muni/Twp: REGION/CLUSTER: 07/07398, held in the names of SAV, LLC and all insured and salable personal property contained therein, and

    ii)     All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements known as 4258 Temma Court, Calabasas, CA 91302, which is more particularly described as Assessor Parcel Number: 2069-014-013, Lot 4, Tract No: 35008 Abbreviated Description: LOT:4 CITY:REGION/CLUSTER: 2/02185 TR#:35008 *TR=35008 LOT 4 City/Muni/Twp: REGION/CLUSTER: 02/02185, held in the name of Mirada Park LLC and all insured and salable personal property contained therein.

Dated:      New York, New York
           July 6, 2016

                          Respectfully Submitted,
                          PREET BHARARA
                          United States Attorney

                    By:  _____
                          PATRICK EGAN
                          Assistant United States Attorney
                          Tel: (212) 637-2345