# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    **(S3) 16 CR 436 (KMW)** |
| **STEVEN BROWN** | ) | |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I,    **STEVEN BROWN**    *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;

( X )    if convicted, to surrender to serve a sentence that the court may impose; or

( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $    **200,000.00**    .

(   ) (3)   This is a secured bond of $ _____ , secured by:

     (   ) (a) $ _____ , in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____

       If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____ 6/28/16

_____
*Defendant signature:* **STEVEN BROWN**

X _____
      *Surety/property owner*
      Randolph McClain

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner –*

_____
*Surety/property owner – signature and date*

X _____
      *Surety/property owner – printed name*
      Astria Montgomery

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____ 6/28/16

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____ 6/28/16

_____
*AUSA:* **PATRICK EGAN**
by AUSA Daniel Richenthol

Page 2

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____ 6/28/16 _____

X _____

Randolph McClain

*Surety/property owner –*

_____

*Surety/property owner – printed name*

_____
*Defendant signature:* STEVEN BROWN

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____ 6/28/16 _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____ 6/28/16 _____

_____
AUSA: PATRICK EGAN
by AUSA Daniel Richenthal

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)     all owners of the property securing this appearance bond are included on the bond;

    (2)     the property is not subject to claims, except as described above; and

    (3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:     6/28/16

*Defendant signature:* **STEVEN BROWN**

X Randolph McClain
*Surety/property owner —*

*Surety/property owner – signature and date*

*Surety/property owner —*

*Surety/property owner – signature and date*

X Astria Montgomery
*Surety/property owner – printed name*

8/29/16

*Surety/property owner – signature and date*

*CLERK OF COURT*

Date:     6/28/16

*Signature of Clerk or Deputy Clerk*

Approved.

Date:     6/28/16

*AUSA:* **PATRICK EGAN**
by AUSA Daniel Richenthal

AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                                    Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.     (S3) 16 CR 436 (KMW) |
| **STEVEN BROWN** | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                                      *Place*

_____

on  _____
                                                       *Date and Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

Page 4

AO 199B   (Rev. 12/11)  Additional Conditions of Release                                                   Page _____ of _____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____   Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                          *Custodian*                                    *Date*

( X )  (7)  The defendant must:

( X )  (a)  submit to supervision by and report for supervision to the   **PSA AS DIRECTED** _____ ,
             telephone number _____ , no later than _____ .

( )  (b)  continue or actively seek employment.

( )  (c)  continue or start an education program.

( X )  (d)  surrender any passport to:   **PRETRIAL SERVICES** _____

( X )  (e)  not obtain a passport or other international travel document.

( X )  (f)  abide by the following restrictions on personal association, residence, or travel:   **SOUTHERN AND EASTERN DISTRICTS OF NY**
             **CENTRAL DISTRICT OF CALIFORNIA AND POINTS IN BETWEEN FOR PURPOSES OF TRAVEL**

( )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( )  (h)  get medical or psychiatric treatment: _____

( )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( )  (k)  not possess a firearm, destructive device, or other weapon.

( )  (l)  not use alcohol (    ) at all (    ) excessively.

( )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical medical practitioner.

( )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
    ( )  (i)  **Curfew.** You are restricted to your residence every day (    ) from _____ to _____, or (    ) as directed by the pretrial services office or supervising officer; or
    ( )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

ADDITIONAL CONDITIONS OF RELEASE

AGREED CONDITIONS OF RELEASE: $200,000 PERSONAL RECOGNIZANCE BOND; TO BE COSIGNED BY
TWO FINANCIALLY RESPONSIBLE PERSONS; TRAVEL RESTRICTED TO SDNY/EDNY/CDCA PLUS POINTS
IN BETWEEN FOR PURPOSES OF TRAVEL; SURRENDER TRAVEL DOCUMENTS AND NO NEW
APPLICATIONS; PRETRIAL SUPERVISION AS DIRECTED; MAINTAIN RESIDENCE AT SANTA MONICA, CA
ADDRESS; DEFT TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY
7/12/16; ANY APPLICATION FOR TRAVEL INSIDE AND OUTSIDE THE UNITED STATES MUST BE MADE TO
( X ) (s) THE COURT FOR APPROVAL.

BAIL MODIFIED BY JUDGE WOOD ON 8/2/16 GRANTING TRAVEL LIMITS TO INCLUDE THE CENTRAL
DISTRICT OF CALIFORNIA, THE SDNY & EDNY, THE DISTRICT OF NEVADA, THE NORTHERN DISTRICT
OF ILLINOIS, THE EASTERN DISTRICT OF LOUISANA, THE SDFL AND TRAVEL POINTS BETWEEN

AO 199C   (Rev. 09/08) Advice of Penalties                                                 Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**          **STEVEN BROWN**                          **(S3) 16 CR 436 (KMW)**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

**DEFENDANT RELEASED**

X _____

*Defendant's Signature*: **STEVEN BROWN**

_____

*City and State*

### Directions to the United States Marshal

(   )   The defendant is ORDERED released after processing.

(   )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:          **6/28/16**                          _____

                                                   *Judicial Officer's Signature*

                                                   *Printed name and title*

DISTRIBUTION:   COURT      DEFENDANT      PRETRIAL SERVICE      U.S. ATTORNEY      U.S. MARSHAL



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

DOCKET No. S(3)16CR436 (KMW)   DEFENDANT: _Steven Brown_

AUSA _Patrick Egan_   DEF.'S COUNSEL _Walter Mack_
   ☒ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☒ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST _6/28/16_   ☒ VOL. SURR.
☐ Other:_____   TIME OF ARREST _1:57 PM_   ☐ ON WRIT
   TIME OF PRESENTMENT _6 30 PM_

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR_____
☒ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ _200,000_ PRB
☒ _2_ FRP
☐ SECURED BY $_____ CASH/PROPERTY:_____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _CD CALIFORNIA_ (+ PR in between for purpose of travel)
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☒ OTHER CONDITIONS _Pre Trial Supervision as Directed_
_Maintain residence at Santa Monica, CA address_

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _7/12/16_
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS: _Any application for travel inside and outside_
_the United States must be made to the_
_Court for approval._

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☒ CONFERENCE BEFORE D.J. ON _7/21/16_
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _7/21/16_   _7 PM_
_for production of discovery_
FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: _6-28-16_   _____
   UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

DOAR RIECK DeVITA KALEY & MACK
ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|2|16

JOHN DOAR (1921-2014)
JOHN JACOB RIECK, JR
JOHN F KALEY
WALTER MACK
JAMES R DeVITA

OF COUNSEL
JAMES I WASSERMAN
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, NY 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

July 29, 2016

**MEMO ENDORSED**

**VIA ECF and E-mail**
Honorable Kimba M. Wood
Senior United States District Judge
  for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Williams, Steven Brown, Gerald Seppala.*
      Docket No. S3 16 Cr. 436 (KMW)

**Letter Application To Extend Travel Restriction Bail Conditions For Travel**

Dear Judge Wood:

I write as the attorney for defendant Steven J. Brown seeking modification of his travel restrictions so as to include the Central District of California, the Southern District of New York, the Eastern District of New York, the District of Nevada, the Northern District of Illinois, the Eastern District of Louisiana, the Southern District of Florida and travel points between.

*Granted*
*KMW*

With respect to this modification, I believe that I can represent that I have the consent of both the Pretrial Services Officer and Assistant United States Attorney Patrick Eagan. Of course, Mr. Brown would be expected to provide all pertinent travel information to Pretrial Services beforehand.

In addition, I seek the Court's permission for Mr. Brown in or about early September, 2016 to travel to Spain to complete production of a children's family film called "Dance Angels", to Brittany, France to be present during a medical operation for an elderly family member and to Prague, Czechoslovakia in order to do work on two films, "Ghoul" and Kajinek", in production there, or in need of his presence and skills to complete. This trip should last approximately ten days.

*Defendant shall reapply in late August or early September, 2016. KMW*

Honorable Kimba M. Wood                    -2-                    July 29, 2016

     With respect to this latter international travel, Pretrial Services customarily takes no position and AUSA Eagan opposes such for reasons previously argued that Mr. Brown is a flight risk.

     All of the aforesaid international travel is represented by the defendant as essential to maintaining his employment other than a short visit regarding medical services for a family member. Mr. Brown will comply, of course, with the travel information requests of his Pretrial Services Officer.

     Please feel free to raise any questions or concerns.

     Thank you for your consideration of this request.

Respectfully submitted,

Walter Mack

cc:    AUSA Patrick Egan (by ECF and email)
       PTSO Natasha Ramesar (by email)
       PTSO Matthew Carter (by email)

8-2-16

SO ORDERED:  N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____ 6/28/16 _____

Defendant signature: STEVEN BROWN

X _____
Randolph McClain
Surety/property owner –

Surety/property owner – signature and date

Surety/property owner – signature and date

X _____ 8/29/16
Surety/property owner – printed name
Astrid Montgomery

Surety/property owner – signature and date

CLERK OF COURT

Date: _____ 6/28/16 _____

Signature of Clerk or Deputy Clerk

Approved.

Date: _____ 6/28/16 _____

AUSA: PATRICK EGAN
by AUSA Daniel Richenthal

Page 2

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value
while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____6/28/16_____

_____
Defendant signature: STEVEN BROWN

X _____ 8/10/16
Randolph McClain
Surety/property owner

_____
Surety/property owner – signature and date

_____
Surety/property owner –

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date


CLERK OF COURT

Date: _____6/28/16_____

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: _____6/28/16_____

_____
AUSA: PATRICK EGAN
by AUSA Daniel Richenthal





**UNITED STATES OF AMERICA**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
**312 N. Spring Street**
**Los Angeles, Ca. 90012**
**Telephone No. 213-894-8288**
**Fax No. 213-894-2022**

**FACSIMILE TRANSMISSION**

**Date:** 8/10/2014

**Case Name & No.:** U.S.A. v. STEVEN BROWN - 16-CR-436 (KMW)

**ATTENTION:** VINNIE BABINO

**FROM:** Marilyn Davis

**MESSAGE:**



# FaxTransmission

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

| | | | |
|---|---|---|---|
| **To:** | DONNA | **Phone #:** | 213-894-8288 |
| **Fax #:** | 213-894-2022 | **Pages:** | 8, including this cover sheet. |
| **From:** | VINNIE BABINO<br>ARRAIGNMENT SECTION | **Date:** | August 9, 2016 |
| **Subject:** | CO-SIGNER RANDOLPH McCLAIN | | |

COMMENTS:
GOOD AFTERNOON DONNA,
    A CO-SIGNER IS COMING TO YOUR DISTRICT TO SIGN ONE OF OUR BONDS.
PLEASE READ ALL THE BAIL CONDITIONS LOCATED ON PAGES 4 & 5, AND SWEAR
THE CO-SIGNER TO THE CONDITIONS. COPY HIS PHOTO I.D. AND HAVE HIM SIGN
ABOVE HIS NAME ON PAGE TWO.
PLEASE ALSO FAX BACK A SIGNED COPY OF THE BOND BEFORE MAILING THE
ORIGINAL SIGNED COPIES TO THE ABOVE ADDRESS. THANK YOU ..

E-4) NO FACSIMILE CONNECTION
E-2) BUSY
E-3) NO ANSWER
E-1) HANG UP OR LINE FAIL
REASON FOR ERROR

534 MEMORY TX

6/6     OK     912138942022     TX MEMORY 534
PAGE     RESULT     ADDRESS     OPTION     FILE MODE
TRANSMITTED/STORED : AUG. 9. 2016 3:00PM

FAX HEADER: ARRAIGNMENT SDNY

* * * COMMUNICATION RESULT REPORT ( AUG. 9.2016 3:02PM ) * * *

P. 1



# FaxTransmission

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

| | | | |
|---|---|---|---|
| **To:** | DONNA | **Phone #:** | 213-894-8288 |
| **Fax #:** | 213-894-2022 | **Pages:** | 8, including this cover sheet. |
| **From:** | VINNIE BABINO ARRAIGNMENT SECTION | **Date:** | August 9, 2016 |

**Subject:**   CO-SIGNER RANDOLPH McCLAIN

COMMENTS:
GOOD AFTERNOON DONNA,
    A CO-SIGNER IS COMING TO YOUR DISTRICT TO SIGN ONE OF OUR BONDS.
PLEASE READ ALL THE BAIL CONDITIONS LOCATED ON PAGES 4 & 5, AND SWEAR
THE CO-SIGNER TO THE CONDITIONS. COPY HIS PHOTO I.D. AND HAVE HIM SIGN
ABOVE HIS NAME ON PAGE TWO.
PLEASE ALSO FAX BACK A SIGNED COPY OF THE BOND BEFORE MAILING THE
ORIGINAL SIGNED COPIES TO THE ABOVE ADDRESS. THANK YOU ..



# FAXTRANSMISSION

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

**To:** DONNA

**Fax #:** 213-894-2022

**From:** VINNIE BABINO
ARRAIGNMENT SECTION

**Subject:** CO-SIGNER RANDOLPH McCLAIN

**Phone #:** 213-894-8288

**Pages:** 8, including this cover sheet.

**Date:** August 9, 2016

COMMENTS:
GOOD AFTERNOON DONNA,
   A CO-SIGNER IS COMING TO YOUR DISTRICT TO SIGN ONE OF OUR BONDS.
PLEASE READ ALL THE BAIL CONDITIONS LOCATED ON PAGES 4 & 5, AND SWEAR
THE CO-SIGNER TO THE CONDITIONS. COPY HIS PHOTO I.D. AND HAVE HIM SIGN
ABOVE HIS NAME ON PAGE TWO.
PLEASE ALSO FAX BACK A SIGNED COPY OF THE BOND BEFORE MAILING THE
ORIGINAL SIGNED COPIES TO THE ABOVE ADDRESS. THANK YOU ..



LAS VEGAS

# FAXTRANSMISSION

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

x5425

**To:** Amber Freeman    **Phone #:** 702-464-5400

**Fax #:** 702-464-5410    **Pages:** _____, including this cover sheet.

**From:** Janice    **Date:** _____
ARRAIGNMENT SECTION

**Subject:** cosigner for bond 16 cr 436 - Steven Brown
Astrid Montgomery

COMMENTS:
Please have cosigner sign over name on pg 2.
All conditions are on pg 5. Fax the signed
bond with a copy of photo Id. Then mail
back the originals.

Thank you.

* * * COMMUNICATION RESULT REPORT ( AUG. 23. 2016   3:59PM ) * * *

FAX HEADER:   ARRAIGNMENT SDNY

| TRANSMITTED/STORED : AUG. 23. 2016   3:57PM | | | | |
|---|---|---|---|---|
| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
| 572   MEMORY TX | | 917024645410 | OK | 10/10 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                    E-2) BUSY
E-3) NO ANSWER                               E-4) NO FACSIMILE CONNECTION



LAS VEGAS

# FAX TRANSMISSION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

x5425

To: Amber Freeman          Phone #: 702-464-5400

Fax #: 702-464-5410        Pages: _____, including this cover sheet.

From: Janice              Date: _____
ARRAIGNMENT SECTION

Subject: cosigner for bond  16 cc 436 - Steven Brown
         Astrid Montgomery

COMMENTS:
Please have cosigner sign over name on pg 2.
All conditions are on pg 5. Fax the signed
bond with a copy of photo id. Then mail
back the originals.

                              Thank you.