UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
UNITED STATES OF AMERICA,           :
:
:
v.                    :       16 CR. 436 (KMW)
:
:
STEVEN BROWN,                       :
:
          Defendant.   :
------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the supporting Affirmation of Walter Mack and accompanying Memorandum of Law, the undersigned, attorneys for Defendant Steven Brown, will move this Court at the Courthouse located at 500 Pearl Street, New York, New York 10007-1312, before the Honorable Kimba M. Wood, United States District Judge, at a date and time to be determined by the Court, for an order granting defense counsel leave to review the grand jury minutes, or, alternatively, for the Court to conduct an in camera inspection of same.

Dated:   New York, New York
         December 15, 2017

                                        Respectfully submitted,

                                        DOAR RIECK DeVITA KALEY & MACK

                                        By: _____/s/_____
                                            Walter Mack
                                            David Rivera
                                            Michael Minnefor
                                            217 Broadway, Suite 707
                                            New York, New York 10007-2911
                                            Tel: 212-619-3730
                                            Fax: 212-962-5037