```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                           16-CR-436 (KMW)

STEVEN BROWN,                                  **ORDER**

                Defendant.
------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The parties are directed to submit any motions *in limine* by January 12, 2018, with oppositions due January 26, 2018, and replies due February 2, 2018. The final pretrial conference in this case will be held on February 22, 2018, at 3:00 p.m. All other deadlines remain in effect.

      SO ORDERED.

Dated: New York, NY
       December 20, 2017

                                                KIMBA M. WOOD
                                     United States District Judge