

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/18

January 16, 2018

**BY ECF and BY E-MAIL**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Steven Brown, 16 Cr. 436 (KMW)**

Dear Judge Wood:

On January 11, 2018, this Court issued an order adjourning the trial in the above-captioned matter to April 9, 2018 and setting the final pre-trial conference for March 15, 2018 at 3:00 p.m. The Government writes to respectfully request that certain pre-trial deadlines previously set by the Court be adjourned, in light of the new trial date.

At the pre-trial conference held in this matter on October 31, 2017, the Court directed that the Government produce its exhibit list and witness list three weeks before the start of trial and that the parties submit joint proposed *voir dire* and requests to charge two weeks before the start of trial. In light of the new trial date of April 9, 2018 and consistent with the Court's prior direction, the Government respectfully requests that the deadline for the production of the Government's exhibit list and witness list be adjourned to March 19, 2018 and the deadline for the submission of joint proposed *voir dire* and requests to charge be adjourned to March 26, 2018. The Government has conferred with defense counsel, who have no objection to this request.  [Granted. KMW]

Additionally, under the current schedule, the parties must file *in limine* motions by February 2, 2018, with opposition briefs due on February 16, 2018. The parties jointly request that the deadline for the filing of *in limine* motions be adjourned to February 23, 2018, with opposition briefs due on March 9, 2018.  [Granted. KMW]

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By:   *Katherine Reilly*
Katherine Reilly
Noah Solowiejczyk
Assistant United States Attorneys
(212) 637-6521/2473

SO ORDERED:  N.Y., N...  1/17/18

cc:   Walter Mack, Esq. (by ECF and by e-mail)

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.