# EXHIBIT 2

```
                                                      Page 162
15:57:09   1    might have sent you signed bank letters that you were
15:57:11   2    expected to hold those in trust until it was resolved
15:57:16   3    pursuant to a notice of dismissal of the lawsuit?
15:57:20   4        A   Absolutely not, that's not what happened.  The
15:57:24   5    bank letters were submitted for full signature and
15:57:28   6    submitted to Chase Bank, they are dated as you provided
15:57:34   7    to me, June 19th.  That had nothing to do with this
15:57:38   8    attempt to try to resolve or settle things because there
15:57:43   9    was no settlement and these terms were never even
15:57:48  10    closely obtained, but on June 19th, as a precondition to
15:57:54  11    meeting with Barry Reiss, he wanted to meet with me to
15:57:57  12    discuss the possibility of settling things and dealing
15:58:00  13    with the terms of settlement that certainly varied over
15:58:05  14    time, including the dismissal of the lawsuit.
15:58:10  15         I told him that we would not meet with him
15:58:12  16    unless my client's monies were released and that he sign
15:58:16  17    the payment letters.  I said, "It is my client's money.
15:58:20  18    It is Bill's money, let's get it back to him.  You have
15:58:23  19    no basis at all under any permutation to continue to
15:58:28  20    hold his money given all that's occurred."  They agreed
15:58:36  21    ultimately to sign these letters with us and submit them
15:58:40  22    to Chase Bank, and on that basis, we had our meeting
15:58:43  23    toward the end of June.
16:00:16  24        Q   If I understand what you are saying, are you
16:00:17  25    saying that at some point you believe Mr. Reiss said

                                                      Page 163
16:00:21   1    that you could use the bank letters even though the
16:00:23   2    other documents hadn't been signed?
16:00:25   3        A   Absolutely.  It was very clear.
16:00:30   4        Q   Now, do you believe that's confirmed in writing
16:00:31   5    somewhere?
16:00:33   6        A   Yeah.
16:00:51   7        Q   Have you ever had any conversations with any law
16:00:54   8    enforcement regarding Mr. Williams?
16:01:00   9        A   Yes, I have.
16:01:02  10        Q   Who have you talked to?
16:01:05  11        A   I have talked to the FBI.
16:01:10  12        Q   Did you contact them or did they contact you?
16:01:11  13        A   Initially, I contacted them.
16:01:16  14        Q   Who did you contact?
16:01:20  15        A   You mean the name of the agent?
16:01:22  16        Q   Yes, please.
16:01:23  17        A   I would rather not say.
16:01:26  18        Q   You understand that you are under an obligation
16:01:29  19    to provide testimony today, correct?
16:01:31  20        A   Yes.  If there is a ruling in this case
16:01:36  21    pardoning me to disclose that information, I certainly
16:01:43  22    will.
16:01:44  23        Q   What did you tell the FBI about Mr. Williams?
16:01:46  24        A   I told the FBI that I thought my client had been
16:01:52  25    victimized in a significant financial fraud and asked

                                                      Page 164
16:01:58   1    them if they would be willing to look into the matter.
16:02:01   2        Q   What did they say?
16:02:02   3        A   They don't say that much, but they asked me to
16:02:07   4    describe what happened and then they asked me for some
16:02:10   5    documentation.
16:02:14   6        Q   The person you contacted, did you contact a
16:02:17   7    specific person or just whoever happened to be available
16:02:20   8    to talk to?
16:02:21   9        A   I contacted a specific person.
16:02:32  10        Q   When did you first contact the FBI?
16:02:41  11        A   It was probably March or April of 2014,
16:02:43  12    somewhere in there.  That's a guess.
16:02:53  13        Q   Was that before -- well, at some point did you
16:02:56  14    approach Mr. Williams or Mr. Reiss about a concern that
16:03:00  15    there had been something inappropriate here and
16:03:05  16    requesting the repayment of the funds?
16:03:07  17        A   We were requesting financial information almost
16:03:10  18    on a daily basis to understand the truth of what the
16:03:18  19    dealings were here and what the money was used for and
16:03:21  20    whether it was really there.  I was involved in those
16:03:25  21    discussions, as was Bill, as was his accountant, his
16:03:29  22    outside accountant.
16:03:33  23        Q   Is that Miss Joan Martin?
16:03:36  24        A   Yes.
16:03:56  25        Q   Other than the FBI, did you speak with any other

                                                      Page 165
16:03:59   1    law enforcement?
16:04:01   2        A   Yes.
16:04:01   3        Q   What other law enforce meant?
16:04:05   4        A   The U.S. Attorney's Office.
16:04:10   5        Q   Did you contact the U.S. Attorney or did they
16:04:12   6    contact you?
16:04:13   7        A   They contacted me.
16:04:16   8        Q   When did they contact you?
16:04:22   9        A   You mean for the first time?
16:04:23  10        Q   Correct.
16:04:28  11        A   I don't have a specific date.  It might have
16:04:29  12    been the summer of 2014.
16:04:32  13        Q   How many conversations have you had with the
16:04:34  14    U.S. Attorney's Office?
16:04:42  15        A   Five or six.
16:04:44  16        Q   When was the last time you spoke with the U.S.
16:04:46  17    Attorney's Office?
16:04:53  18        A   Several weeks ago.
16:04:58  19        Q   Is there an attorney assigned to this matter?
16:05:03  20        A   I believe so.
16:05:04  21        Q   Do you know who that is?
16:05:05  22        A   Yes.
16:05:05  23        Q   Who is that?
16:05:08  24        A   I would rather not answer.
16:05:12  25        Q   I understand you are uncomfortable with it, but
```

Page 166

```
16:05:16   1    to be clear on the record, are you refusing to answer
16:05:18   2    the question?
16:05:19   3        A   I am refusing to answer because of a pending
16:05:21   4    investigation, and I will abide by any ruling of the
16:05:25   5    court in this regard.
16:05:31   6        Q   I don't believe that the pending investigation
16:05:32   7    stops you from talking about it.  I know they won't talk
16:05:35   8    about it.
16:05:36   9            MR. GALE:  He already said he is not going
16:05:37  10         to answer.
16:05:38  11            MR. BURGEE:  Right.  I don't want to belabor
16:05:39  12         the point.
16:05:40  13        Q   This is something your counsel and I can take up
16:05:43  14    in court if we need to.
16:05:45  15        A   Right.
16:05:46  16        Q   We certainly won't come back here if we need to
16:05:49  17    talk to you, we will just do something on video or on
16:05:51  18    the phone or something.
16:06:01  19            Do you know what office of the U.S. Attorney you
16:06:03  20    were dealing with?
16:06:06  21        A   New York, Southern District of New York.
16:06:15  22        Q   Did the U.S. Attorney's office tell you anything
16:06:17  23    about their investigation?
16:06:21  24        A   Tell me anything?  Yes.
16:06:31  25        Q   You stated there was a pending investigation.
```

Page 167

```
16:06:33   1        Did they say something to you that led you to
16:06:35   2    believe that this is still an open pending matter as we
16:06:38   3    sit here today?
16:06:39   4        A   Yes.
16:06:45   5        Q   Do you know which individuals are being
16:06:47   6    investigated?
16:06:49   7        A   No.
16:06:55   8        Q   I presume Mr. Williams would be one of the
16:07:00   9    people that are being investigated?
16:07:03  10        A   I don't know what you presume or not.  They
16:07:05  11    don't get into details.
16:07:11  12        Q   Have they been asking about Mr. Brown?
16:07:16  13        A   I would rather not discuss any communications
16:07:19  14    regarding the matter.
16:07:22  15        Q   Again, does that mean you are refusing to answer
16:07:25  16    for today's purposes?
16:07:26  17        A   The same reason, if that's something that I am
16:07:29  18    compelled to respond to, I will.
16:07:31  19        Q   In terms of just a yes or no question as to
16:07:33  20    whether you have some understanding, do you have any
16:07:36  21    understanding as to whether there is a pending
16:07:39  22    investigation as to Mr. Brown?
16:07:40  23        A   I believe that there is an ongoing investigation
16:07:43  24    in general.  I don't know who it extends to and what its
16:07:48  25    scope is.
```

Page 168

```
16:07:50   1        Q   Do you know if it involves Mr. Seppala?
16:07:53   2        A   Same answer.
16:07:55   3        Q   Or Mr. Reiss?
16:07:57   4        A   Same answer.
16:08:01   5        Q   In terms of the FBI, do you believe -- do you
16:08:04   6    have some understanding as to whether or not they have a
16:08:07   7    pending investigation?
16:08:08   8        A   I consider it all one situation, so I don't know
16:08:11   9    who is doing what or what they are doing.
16:08:14  10        Q   When is the last time you talked to the FBI?
16:08:26  11        A   Tuesday.
16:08:29  12        Q   How many conversations have you had with the
16:08:30  13    FBI?
16:08:34  14            MR. GALE:  In total?
16:08:35  15            MR. BURGEE:  In total, yes.
16:08:37  16        A   I couldn't tell you the number, it is several.
16:08:57  17        Q   Just in terms of a yes or no, not the substance,
16:09:01  18    has Mr. Brown's name come up in your conversations with
16:09:04  19    the U.S. Attorney and the FBI?
16:09:07  20        A   I would rather not respond to any content of the
16:09:09  21    discussions.
16:09:10  22        Q   I am just asking because it is important to my
16:09:13  23    clients to know if there is a pending investigation or
16:09:15  24    not.
16:09:16  25        A   I don't know who the subject of the
```

Page 169

```
16:09:17   1    investigation is.  I don't know where that all stands.
16:09:21   2    I know that I have been contacted from time to time and
16:09:29   3    they tell me almost nothing.
16:09:32   4        Q   You have told them about all four movie
16:09:34   5    investments?
16:09:35   6        A   Yes.
16:09:35   7        Q   You have told them pretty much everything you
16:09:36   8    have told me today and possibly some more?
16:09:41   9        A   They asked questions about what transpired and
16:09:46  10    what documents exist and how much money Bill lost and
16:09:52  11    what were the circumstances.  When they contacted me or
16:09:55  12    requested a meeting, I answered their questions.
16:10:25  13        Q   Have you forwarded documents to the FBI or the
16:10:27  14    U.S. Attorney's Office?
16:10:29  15        A   Upon their request, yes.
16:10:39  16            MR. BURGEE:  With the understanding that we
16:10:40  17         may have an issue to raise as to conversations
16:10:43  18         with law enforcement and the U.S. Attorney's
16:10:46  19         Office, I would propose that the court reporter
16:10:49  20         copy the stipulation from yesterday's transcript
16:10:51  21         just into this transcript, that way it is
16:10:53  22         identical.
16:10:57  23            MR. GALE:  So stipulated.
16:10:58  24            MR. BURGEE:  We can go off the record and
16:10:59  25         conclude the deposition.
```