# EXHIBIT 4

| | |
|---|---|
| **From:** | Victim-2 |
| **To:** | The Defendant |
| **Sent:** | Sat, 24 May 2014 14:52:05 -0500 |
| **Subject:** | Re: Meeting with WME |

K... Lil Brother

Sent from my iPhone

On May 24, 2014, at 1:01 PM, "S[The Defendant]" wrote:

> Bill, I am gonna call you before Wed.
>
> You asked me in the driveway at Loews to do all I can to get past this so we can do more films. Beth told me the same thing at dinner. I take you both at your word.
>
> I realize maybe with Memorial Day weekend you are very busy, but I will get back to you before Wed. Bill, I am not about drama & like you am also very politically savvy.
>
> Your email below contradicts everything we discussed. I am on the side of resolving your partnerships with David. It bothers me a lot to think you, someone I admire & consider my friend, would send me the below. I love my country & am sickened by what's going on right now by what I'm reading about the VA & it's treatment of veterans. I would love to see "big brother" as you put it, focus on that. Your continual attempt to reference "big brother" is something I had my attorneys look into long ago & "big brother" has no place in a civil settlement. However, I will again double check with my attorneys again, today.
>
> As to Stuart, who wanted nothing more then to help us make quality films, i would hope we go to WME after this gets settled, or not. Yes Bill, your friends, Jason & Luke can get you into WME, and that to me is really great. I'm a fan of each as you know.
>
> Anyhow, I will get a read out & again, I certainly expect this to be done.
>
> I still consider you a friend and was really glad of our dinner with Beth & felt you & Beth's approach of settling your partnerships with David and then doing some horror films, seemed reasonable. I'm working from that premise. If you and your wife Beth were misleading me,them so be it. I hope not. Regardless, I want to see you and David wrap up your settlement. I'm sure Friedman & Reiss will.
>
> I will no longer contact you about WME until after you & David both execute your settlement documents.
>
> Have a good Holiday.
> On May 24, 2014, at 10:41 AM, Bi[Victim-2] wrote:
>
>> Steven I really don't know where I threatened you but I am sorry if you feel that way because I AM TRYING TO HELP YOU. That is why that you need to get David to sign the paperwork and get me out of those films asap. Talk to you Wednesday…
>>
>> Victim-2
>>
>> **From:** The Defendant
>> **Sent:** Saturday, May 24, 2014 10:22 AM
>> **To:** Victim-2

**Subject:** Re: Meeting with WME

Bill, the below is absurd & I just wrote you back that I'd inquire on the below.
I tried to merely follow up on WME & I'm not interested in drama.

Bill, threatening me is a waste of time for me and you.

Neither of us have time for it. You will hear back once I get a read out on the settlement, which as I previously indicated if Barry said it was wrapping up, I'm sure it will.


Sent from my iPad
On May 24, 2014, at 8:54 AM, Victim-2 wrote:

> PS  I can't believe that you have implicated Stuart in this scam and when it breaks YOU know what will happen to him…I really don't need Stuart for me to have a meeting with WME…I know people…



**From:** Victim-2
**Sent:** Saturday, May 24, 2014 9:42 AM
**To:** The Defendant
**Subject:** Meeting with WME

Steven I will not meet with WME until and only until David has signed the buy out paperwork and we have received it.  We have been npromised by Barry no less than 3 times this past week that he or David had no problems with the buy out and he would get it done and back to us.  What is up?  I am a very BUSY man and I want to put this behind me and you guys REALLY need to also because of BIG BROTHER and what part of that that you don't UNDERSTAND…

