UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

STEVEN BROWN,

                      Defendant.

------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/18
```

16 CR 436 (KMW)

ORDER

KIMBA M. WOOD, District Judge:

    The Court assumes that the defense motions submitted yesterday, (ECF Nos. 159-164), are those that were referenced by defense counsel in the December 18, 2017 conference. (Conf. Tr., ECF No. 140, at 6:18-20.) The parties are directed to submit oppositions by February 12, 2018 and replies, if any, by February 20, 2018.

    The parties are directed to submit letters to the Court by February 5, 2018 stating whether they intend to submit additional pretrial motions apart from motions *in limine*.

    SO ORDERED.

DATED:    New York, New York
                January 30, 2018

                                                       /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                                   United States District Judge