## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES I. WASSERMAN
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

February 5, 2018

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

**By ECF and E-mail**
Honorable Kimba M. Wood
Senior United States District Judge
500 Pearl Street
New York, New York 10007

Re:  United States v. Steven Brown, 16 Cr.436 (KMW)

Dear Judge Wood:

In accordance with the Court's Order dated January 30, 2018 (ECF. Doc. No. 165), we write to inform Your Honor that, apart from the motions *in limine*, defendant Steve Brown does not intend to submit any additional pretrial motions in this matter.

However, in light of the continuing behavior by the government witness's civil legal counsel – behavior that has already been brought to the Court's attention in the defendant's pending motions – we as counsel for Mr. Brown, perhaps with the participation of the government, may seek this Court's intervention to stay or delay civil proceedings that may impact negatively both parties' rights to a fair trial before Your Honor.

Thank you for your consideration.

Respectfully submitted,

Walter Mack

cc:    AUSA Katherine Reilly
       AUSA Noah Solowiejczyk
       (both by ECF)