

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2018

**BY ECF and BY E-MAIL**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Steven Brown</u>, 16 Cr. 436 (KMW)

Dear Judge Wood:

    On January 30, 2018, this Court issued an order that, among other things, directed the parties to submit letters by today "stating whether they intend to submit additional pretrial motions apart from motions *in limine*." The Government writes to inform the Court that it does not intend to file any pretrial motions beyond motions *in limine*.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Katherine Reilly
    Noah Solowiejczyk
    Ryan Finkel
    Assistant United States Attorneys
    (212) 637-6521/2473/6612

cc:    Walter Mack, Esq. (by ECF and by e-mail)