UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 16 CR. 436  (KMW) |
| -v- | : | |
| STEVEN BROWN, | : | **REPLY AFFIRMATION IN FURTHER SUPPORT OF MOTION TO DISMISS FOR LACK OF VENUE OR,** |
| Defendant. | : | **ALTERNATIVELY, TO TRANSFER** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WALTER MACK, an attorney duly licensed to practice law before the courts of the State of New York and this court, under the penalties of perjury, affirms and states, based upon my review of records and upon information and belief, as follows:

1. I represent the Defendant Steven Brown in the above-captioned matter. I submit this Reply Affirmation in further support of the Motion to Dismiss the Superseding Indictment for Lack of Venue or, Alternatively, to Transfer the Case Pursuant to Fed. R. Crim Procedure 21(b).

2. Attached hereto as Exhibit A is a copy of the February 2012 Wells Fargo bank statement for Mr. Brown's bank account referenced in the Superseding Indictment and in the accompanying Reply Memorandum of Law in Further Support of the Motion to Dismiss for Lack of Venue or, Alternatively, to Transfer.

3. If the Court finds it helpful to resolve the pending Motion to Dismiss for Lack of Venue or Alternatively, to Transfer, the defense is prepared to make an *ex parte* submission to the Court on the financial hardships being suffered by Mr. Brown as a result of the costs associated with defending this case in New York, including the expense of frequent cross-country trips to meet with his defense attorneys and prepare for trial.

4. For all the reasons set forth in Mr. Brown's moving and reply briefs, he requests that

the Court grant his Motion to Dismiss the Superseding Indictment for Lack of Venue or,

Alternatively, to Transfer the Case.

Dated: New York, New York
       February 23, 2018

                                        /s/
                                    Walter Mack, Esq.
                                    Doar Rieck Kaley & Mack
                                    217 Broadway, Suite 707
                                    New York, New York 10007
                                    212-619-3730
                                    *Attorney for Defendant Steven Brown*

2

# EXHIBIT A

# Wells Fargo Opportunity Savings®



Account number: ▉▉▉▉    ■ February 1, 2012 - February 29, 2012    ■ Page 1 of 3

STEVEN J BROWN

▉▉▉▉▉▉▉▉▉▉▉▉

PALM SPRINGS CA 92264-1613

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a Wells Fargo customer. We appreciate your business and understand that you are entrusting us with your banking needs. Let us assist you in finding the right accounts and services to help you reach your financial goals. Please visit us online at wellsfargo.com, call us at the number at the top of your statement, or visit any Wells Fargo store - we'd love to hear from you!

### Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $0.82 |
| Deposits/Additions | 13,325.01 |
| Withdrawals/Subtractions | - 10,235.99 |
| **Ending balance on 2/29** | **$3,089.84** |

Account number: 

**STEVEN J BROWN**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $2,168.84 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.02 |
| Total interest paid in 2011 | $0.01 |

Account number:   ■ February 1, 2012 - February 29, 2012  ■ Page 2 of 3



---

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/3 | Deposit | 2,460.00 | | 2,460.82 |
| 2/6 | ATM Withdrawal - 02/06 Mach ID 9918G Sec Palm Canyon & Sunr Palm Springs CA 8665 0005107 | | 40.00 | |
| 2/6 | Withdrawal Made In A Branch/Store | | 460.00 | 1,960.82 |
| 2/7 | Withdrawal Made In A Branch/Store | | 540.00 | 1,420.82 |
| 2/8 | ATM Withdrawal - 02/08 Mach ID 0610D 1300 4th St Santa Monica CA 8665 0009396 | | 100.00 | 1,320.82 |
| 2/9 | ATM Withdrawal - 02/09 Mach ID 7943A 1733 E Palm Canyon Rd Palm Springs CA 8665 0005076 | | 200.00 | 1,120.82 |
| 2/10 | ATM Withdrawal - 02/09 Mach ID 9974K 5757 Wayne Newton Blvd Las Vegas NV 8665 0004116 | | 100.00 | |
| 2/10 | ATM Withdrawal - 02/10 Mach ID 79811257 Gca* Treasure Igca* Treaslas Vegas NV 8665 00462041721986256 | | 204.99 | |
| 2/10 | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 2/10 | ATM Withdrawal - 02/10 Mach ID 2369L Sahara & Maryland Park Las Vegas NV 8665 0004395 | | 60.00 | 753.33 |
| 2/14 | Deposit | 100.00 | | |
| 2/14 | Withdrawal Made In A Branch/Store | | 400.00 | 453.33 |
| 2/15 | Recurring Transfer Ref #Opejvrjj7Q From Checking xxxxxx8679 | 25.00 | | 478.33 |
| 2/16 | ATM Withdrawal - 02/16 Mach ID 9918G Sec Palm Canyon & Sunr Palm Springs CA 8665 0006429 | | 40.00 | 438.33 |
| 2/17 | Deposit | 40.00 | | |
| 2/17 | Withdrawal Made In A Branch/Store | | 460.00 | 18.33 |
| 2/21 | ATM Transfer to Checking - 02/21 Mach ID 0814A 9354 Wilshire Blvd Beverly Hills CA 8665 0006318 | | 18.00 | 0.33 |
| 2/23 | WT Fed#06901 Jpmorgan Chase Ban /Org=Caliente Entertainment LLC Srf# 1263100054Es Trn#120223112804 Rfb# Dcd of 12/02/23 | 10,700.00 | | |
| 2/23 | Wire Trans Svc Charge - Sequence: 120223112804 Srf# 1263100054Es Trn#120223112804 Rfb# Dcd of 12/02/23 | | 15.00 | |
| 2/23 | Withdrawal Made In A Branch/Store | | 1,250.00 | 9,435.33 |
| 2/24 | ATM Transfer to Checking - 02/23 Mach ID 9918G Sec Palm Canyon & Sunr Palm Springs CA 8665 0007447 | | 650.00 | 8,785.33 |
| 2/27 | Withdrawal Made In A Branch/Store | | 5,610.00 | 3,175.33 |
| 2/29 | ATM Withdrawal - 02/28 Mach ID TX25990 330 West 40th S330 West 4New York NY 8665 00382060155799032 | | 83.00 | |
| 2/29 | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 2/29 | Interest Payment | 0.01 | | 3,089.84 |
| **Ending balance on 2/29** | | | | **3,089.84** |
| **Totals** | | **$13,325.01** | **$10,235.99** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 IMPORTANT ACCOUNT INFORMATION

For customers with Wells Fargo debit, check or ATM cards issued in IN, MN, OH and SD: Starting February 1, 2012, you can begin to use your card to make purchases where you enter your Personal Identification Number (PIN) to authorize your purchase. Refer to the applicable account agreement for more information, or contact the customer service number on your statement.

USAO_SDNY_0069285

Account number: ▮▮▮▮▮   ■ February 1, 2012 - February 29, 2012   ■ Page 3 of 3

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.     $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|-------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $  |

     + $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $  |

     - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC.