```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

    - v. -                         :     ~~PROPOSED~~ ORDER   *KMW*

STEVEN BROWN,                     :     16 Cr. 436 (KMW)
                Defendant.   :

- - - - - - - - - - - - - - - - - -X

       Upon the application of the United States of America, by and through Assistant United States Attorneys Katherine Reilly, Noah Solowiejczyk, and Ryan Finkel, and with the consent of defendant STEVEN BROWN, by and through Walter Mack, Esq., it is hereby ORDERED that the time between April 9, 2018 and April 16, 2018 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interests of justice.

       The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the granting of the continuance will permit the defense to continue to prepare for trial.

Dated:  New York, New York
       March 19, 2018

                                  *Kimba M. Wood*
                              THE HONORABLE KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE