**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    **United States** v. **Steven Brown**, S9 16 Cr. 436 (KMW)

Dear Judge Wood:

    Earlier today, the defendant in the above-captioned action entered a guilty plea, before Magistrate Judge Pitman, to the charge contained in the S9 Superseding Information. The Government respectfully requests that Your Honor accept the defendant's guilty plea. Enclosed please find for your consideration (1) a proposed Order accepting the defendant's guilty plea and (2) the transcript of the plea proceeding.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney
                         Southern District of New York

By:    _____
           Katherine Reilly
           Noah Solowiejczyk
           Ryan Finkel
           Assistant United States Attorneys
           (212) 637-6521/2473/6612

Enclosures

cc:    Walter Mack, Esq. (by ECF and by e-mail)