```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-

STEVEN BROWN

                              Defendant.
-----------------------------------------------------------------x

16 CR 436 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

    The Defendant is scheduled to be sentenced on July 18, 2018 at 2:00 p.m.

    The Presentence Investigation Report is due to the Court on July 5, 2018.

    Any sentencing submissions by Defendant must be made by July 9, 2018, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

    Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing.

    Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

    Any response or other submission from the Government is due July 12, 2018.

SO ORDERED

Dated: New York, New York
        April 10, 2018

                                                        _____
                                                             KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE