**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Steven Brown</u>, 16 Cr. 436 (KMW)

Dear Judge Wood:

    Sentencing in the above-captioned case is scheduled for November 16, 2018. The Government's submission is currently due on Thursday, November 8, 2018. The Government respectfully requests a one-day extension of its deadline to file its sentencing submission until Friday, November 9, 2018. Defense counsel does not object to this request..

    Thank you for your consideration of this request.

                        Very truly yours,

                        GEOFFREY S. BERMAN
                        United States Attorney

        By:    /s_____
                        Katherine Reilly
                        Noah Solowiejczyk
                        Ryan Finkel
                        Assistant United States Attorneys
                        (212) 637-6521/2473

cc:    Walter Mack, Esq. (by ECF and by e-mail)