USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___5/13/21_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

STEVEN BROWN,

                      Defendant.

-----------------------------------------------------------X

**ORDER**

16-CR-436 (KMW)

KIMBA M. WOOD, United States District Judge:

    The Government has requested, in its May 12, 2021, letter to the Court, that the Court set a briefing schedule for the Government's proposed motion to hold SAV in civil contempt, and for sanctions. The Court hereby orders the following briefing schedule;

    May 19, 2021: deadline for filing the Government's motion

    May 26, 2021: deadline for filing any Response by SAV

    June 2, 2021:   deadline for filing any Reply by the Government

    If a hearing is required, the Court will schedule a hearing after briefing is completed.

        SO ORDERED.

Dated: New York, New York

    May 13, 2021

                                                /s/ Kimba M. Wood /

                                             KIMBA M. WOOD

                                          United States District Judge