USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against

STEVEN BROWN,

                Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 436 (KMW)

KIMBA M. WOOD, District Judge:

On May 19, 2021, the Court received an email from the defendant's brother, asking for additional time to respond to the Government's Motion for Contempt and Sanctions.

The Government may respond, by May 25, 2021, to this request for a delay in the motion schedule.

SO ORDERED.

Dated: New York, New York
         May 20, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE