UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/21
```

-against-

**ORDER**
16 CR 436 (KMW)

STEVEN BROWN,

                              Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      By June 25, 2021, SAV, LLC and Marc Brown must file any opposition to the Government's May 19, 2021, motion to hold them in contempt of court and to order sanctions.

      SO ORDERED.

Dated: New York, New York
          June 14, 2021

                                                   /s/ Kimba M. Wood
                                                    KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE