UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

STEVEN BROWN,

                                Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 436 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/21

KIMBA M. WOOD, District Judge:

    SAV, LLC and Marc Brown shall transfer the funds referenced in Marc Brown's June 25, 2021 email to the Court, to William Busbice and Christopher and Geeta Brown by July 7, 2021, in order to satisfy their obligations under the Stipulation and Order dated February 19, 2021. Failure to do so without good cause will be deemed in contempt of court.

    SO ORDERED.

Dated: New York, New York
         July 2, 2021

                                                KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE