UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22

-against-

**ORDER**
16 CR 436 (KMW)

STEVEN BROWN,

Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

On April 22, 2022, counsel for Marc Brown filed a status letter, and proposed providing further update to the Court by May 9, 2022. The Court has not received any further updates.

The parties are ordered to update the Court as to the sale of the Santa Monica property by June 14, 2022.

SO ORDERED.

Dated: New York, New York
       May 31, 2022

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE